**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

**VIVIAN MOREIN**                                    **CASE NO.  6:25-CV-01182**

**VERSUS**                                              **JUDGE S. MAURICE HICKS, JR.**

**COSTCO WHOLESALE CORP**                 **MAGISTRATE JUDGE CAROL B.**
                                                              **WHITEHURST**

## MINUTES

A telephone conference was held on June 3, 2026, starting at 10:30 a.m. and ending at 11:07 a.m.[1] Participating in the conference, along with the undersigned Magistrate Judge, were Peyton Pawlicki for Plaintiff and Trevor Davies for Defendant.

The parties discussed Plaintiff's Motion to Compel. The Court shall issue a separate ruling on the motion.

Signed at Lafayette, Louisiana, this 3rd day of June, 2026.

_____
CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE

---

[1]     Statistical time: 37 minutes.