**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **VIVIAN MOREIN** | **CASE NO. 6:25-CV-01182** |
| **VERSUS** | **JUDGE S. MAURICE HICKS, JR.** |
| **COSTCO WHOLESALE CORP** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## ORDER

Before the Court is Plaintiff's Motion to Compel (Rec. Doc. 26), which Defendant opposed (Rec. Doc. 28). The parties participated in a telephone hearing on June 3, 2026. Having considered the parties' briefs and arguments, the Court rules as follows:

IT IS ORDERED that Defendant's Opposition at Rec. Doc. 28 and Exhibit at Rec. Doc. 28-1 are hereby SEALED due to the documents containing confidential settlement information. Defendant shall re-file the documents with confidential settlement information redacted.

IT IS FURTHER ORDERED that Plaintiff's Motion to Compel (Rec. Doc. 26) is GRANTED IN PART AND DENIED IN PART. The motion is denied as moot regarding Plaintiff's request for identification of a certain Costco supervisor. The motion is granted to the extent Plaintiff seeks Gallagher Bassett documents pertaining to this incident. The Court finds that the requested documents are relevant

and proportional to the needs of the case. However, the Court acknowledges that certain communications and claims material may be privileged and/or work-product. Accordingly, Defendant shall produce non-privileged Gallagher Bassett documents within fourteen (14) days, along with a privilege log identifying any withheld documents.

The motion is further granted to the extent Plaintiff seeks identification of the time stamps of surveillance video identified in Mr. Marshall's statement and deposition. Defendant shall attempt to determine the video time stamps or provide the referenced images within fourteen (14) days.

Signed at Lafayette, Louisiana on this 3rd day of June, 2026.

_____
CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE