UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| VIVIAN MOREIN<br>Plaintiff | * <br> * <br> * | CASE NO. 6:25-CV-1182 |
| | * | JUDGE HICKS, JR. |
| VERSUS | * | |
| | * | MAGISTRATE JUDGE |
| COSTCO WHOLESALE CORPORATION<br>Defendant | * <br> * | WHITEHURST |
| | * | A JURY IS DEMANDED |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### AFFIDAVIT OF MARYANN GIST

I, Maryann Gist, depose and state that the information contained herein is true and correct to my knowledge and if called as a witness, I would testify competently thereto.

1. I am a person of the full age of majority;

2. I am a Senior Resolution Manager for Gallagher Bassett;

3. Gallagher Bassett is a third-party claims administrator for Costco Wholesale Corporation ("Costco") and oversees both pre-suit claims and litigated claims for Costco.

4. I am familiar with the claim that was submitted by Vivian Morein through Costco on August 2, 2024, relating to an incident that occurred on July 28, 2024;

5. On August 7, 2024, I spoke with Costco employee, Rusty Smithey, who advised that Ms. Morein informed her that she worked at a law office and she was told to return to the Costco location to report the incident;

6. On August 19, 2024, I received an email from Ms. Morein wherein she indicated she wanted to update me on her "case." Ms. Morein included her work telephone number in her email as follows: "(337) 310-1600 – Work (Veron Bice)";

1

**EXHIBIT A**

7. On September 19, 2024, I received an email from Veron Bice with a Letter of Representation for their client and employee, Ms. Morein. On September 28, 2025, I sent an email to Veron Bice indicating that I was investigating the incident and welcomed the opportunity to discuss it with them;

8. On June 20, 2025, Gallagher Bassett, through Kyle Felix, Senior Resolution Manager, received a settlement demand from Veron Bice for the amount of ████████

9. As of August 7, 2024, Gallagher Bassett anticipated there was a strong likelihood that Ms. Morein's claim would go into litigation. The likelihood that the case would be litigated became more apparent as Gallagher Bassett received: 1) an update on her "case" on August 19, 2024, 2) a letter of representation on September 19, 2024, and 3) a ████ settlement demand on June 20, 2025;

10. Plaintiff filed her lawsuit on July 25, 2025.

Further Affiant sayeth naught.

_Maryann Gist_
MARYANN GIST

SWORN TO BEFORE ME and subscribed in my presence in ___Gothenburg___ (City), ___Sweden___ (country) this __29th__ day of ___May___, 2026.

_____
NOTARY PUBLIC

*Notarized by remote means pursuant to
La. R.S. 35:621, et seq.
Trevor C. Davies
Notary ID Number 92378
Bar Roll No. 32846

2

**EXHIBIT A**