**Trevor C. Davies**

| | |
|---|---|
| **From:** | Katherine Remy <katherine@veronbice.com> |
| **Sent:** | Monday, May 18, 2026 1:54 PM |
| **To:** | Trevor C. Davies; Peyton Pawlicki |
| **Cc:** | Cathryn Gill; Christine H. Grote; Jeanna B. Lee; Michael L. Ballero; Shayna Sonnier; Heather Partin |
| **Subject:** | RE: Vivian Morein v Costco - Cascio |

 External (katherine@veronbice.com)

Report This Email  FAQ

Thank you Trevor.

*Katherine B. Remy*
**Attorney**



721 Kirby St.
P.O. Box 2125
Lake Charles, LA  70602-2125
337-310-1600 office
337-310-1607 direct
337-310-1601 fax
katherine@veronbice.com
www.veronbice.com

This e-mail transmission, and any documents, files or e-mail messages attached to it, may contain confidential information that is attorney work product or legally privileged.  The information herein may also be protected by the Electronic Communications Privacy Act, 18 U.S.C.A. §§ 2510-2521.  The information contained in this message and any file transmitted with it is transmitted in this form based on a reasonable expectation of privacy consistent with ABA Formal Opinion No. 99-413.  If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED.  If you have received this transmission in error, please notify the sender immediately, and destroy the original transmission and its attachments without reading them.

**From:** Trevor C. Davies <trevord@spsr-law.com>
**Sent:** Monday, May 18, 2026 1:34 PM
**To:** Katherine Remy <katherine@veronbice.com>; Peyton Pawlicki <peyton@veronbice.com>
**Cc:** Cathryn Gill <cathryn@veronbice.com>; Christine H. Grote <christineg@spsr-law.com>; Jeanna B. Lee <jeannal@spsr-law.com>; Michael L. Ballero <michaelb@spsr-law.com>; Shayna Sonnier <shayna@veronbice.com>; Heather Partin <heather@veronbice.com>
**Subject:** RE: Vivian Morein v Costco - Cascio

Katherine,

Just acknowledging your email. I am on the road most of this week but will get back to you.

**EXHIBIT B**

Thanks,
Trevor


**Trevor C. Davies**
**Partner**
Simon, Peragine, Smith & Redfearn, LLP
1100 Poydras St., Suite 3000 | New Orleans, LA 70163
D: 504-569-2916 | O: 504-569-2030
F: 504-569-2999
trevord@spsr-law.com | www.spsr-law.com



This electronic transmission and any attachments may contain confidential or legally privileged information and are intended solely for the addressee(s) named above. If you are the original addressee, please maintain confidentiality and avoid forwarding this email. Receipt by anyone other than the original addressee is not intended to waive any applicable privilege and may subject you to legal penalties. If you are not the original addressee, please do not open any attachments or links and notify us immediately by replying to the sender and calling (504) 569-2030, as well as deleting a copy of the original email and your reply from your system. Thank you for your cooperation.

---

**From:** Katherine Remy <katherine@veronbice.com>
**Sent:** Friday, May 15, 2026 12:23 PM
**To:** Trevor C. Davies <trevord@spsr-law.com>; Peyton Pawlicki <peyton@veronbice.com>
**Cc:** Cathryn Gill <cathryn@veronbice.com>; Christine H. Grote <christineg@spsr-law.com>; Jeanna B. Lee <jeannal@spsr-law.com>; Michael L. Ballero <michaelb@spsr-law.com>; Shayna Sonnier <shayna@veronbice.com>; Heather Partin <heather@veronbice.com>
**Subject:** RE: Vivian Morein v Costco - Cascio


Hi Trevor,

Thank you for providing those documents.

What is Costco's position that the communications are not discoverable? If it is based on privilege, please produce a privilege log for those documents.

Thank you,

*Katherine B. Remy*
Attorney



721 Kirby St.
P.O. Box 2125
Lake Charles, LA  70602-2125
337-310-1600 office
337-310-1607 direct
337-310-1601 fax
katherine@veronbice.com
www.veronbice.com

This e-mail transmission, and any documents, files or e-mail messages attached to it, may contain confidential information that is attorney work product or legally privileged.  The information herein may also be protected by the Electronic Communications Privacy Act, 18 U.S.C.A. §§ 2510-2521.  The information contained in this message and any file transmitted with it is transmitted in this form based on a reasonable expectation of privacy consistent with ABA Formal Opinion No. 99-413.  If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED.  If you have received this transmission in error, please notify the sender immediately, and destroy the original transmission and its attachments without reading them.

**From:** Trevor C. Davies <trevord@spsr-law.com>
**Sent:** Wednesday, May 13, 2026 10:42 PM
**To:** Katherine Remy <katherine@veronbice.com>; Peyton Pawlicki <peyton@veronbice.com>
**Cc:** Cathryn Gill <cathryn@veronbice.com>; Christine H. Grote <christineg@spsr-law.com>; Jeanna B. Lee <jeannal@spsr-law.com>; Michael L. Ballero <michaelb@spsr-law.com>; Shayna Sonnier <shayna@veronbice.com>; Heather Partin <heather@veronbice.com>
**Subject:** RE: Vivian Morein v Costco - Cascio

Hi Katherine,

Subject to the objections stated in Costco's original response to Request for Production No. 21, please see attached documents obtained from Costco following last week's deposition.

I do not anticipate supplementing Costco's responses to Interrogatory No. 6 or Request for Production Nos. 11 and 20.  We do not view communications between Costco and its TPA, or the TPA's claim file, as discoverable.

Thanks,
Trevor


**Trevor C. Davies**
**Partner**
Simon, Peragine, Smith & Redfearn, LLP
1100 Poydras St., Suite 3000 | New Orleans, LA 70163
D: 504-569-2916 | O: 504-569-2030
F: 504-569-2999
trevord@spsr-law.com | www.spsr-law.com



This electronic transmission and any attachments may contain confidential or legally privileged information and are intended solely for the addressee(s) named above. If you are the original addressee, please maintain confidentiality and avoid forwarding this email. Receipt by anyone other than the original addressee is not intended to waive any applicable privilege and may subject you to legal penalties. If you are not the original addressee, please do not open any attachments or links and notify us immediately by replying to the sender and calling (504) 569-2030, as well as deleting a copy of the original email and your reply from your system. Thank you for your cooperation.

**From:** Katherine Remy <katherine@veronbice.com>
**Sent:** Tuesday, May 12, 2026 4:50 PM
**To:** Peyton Pawlicki <peyton@veronbice.com>; Trevor C. Davies <trevord@spsr-law.com>
**Cc:** Cathryn Gill <cathryn@veronbice.com>; Christine H. Grote <christineg@spsr-law.com>; Jeanna B. Lee <jeannal@spsr-law.com>; Michael L. Ballero <michaelb@spsr-law.com>; Shayna Sonnier <shayna@veronbice.com>; Heather Partin <heather@veronbice.com>
**Subject:** Re: Vivian Morein v Costco - Cascio

Good Afternoon Trevor,

Following the corporate deposition last week, it came to our attention that certain documents referenced during the deposition have not yet been produced in discovery.

Ms. Barrera disclosed that there were email communications with third-party claims administrator, Gallagher Bassett, concerning Plaintiff's claim. However, no representative(s) of Gallagher Bassett were previously identified in Costco's discovery and no electronic correspondence relating to Plaintiff's incident has been produced. Please supplement Costco's responses to Interrogatory No. 6 and Request for Production Nos. 11 & 20. This woud include all lwritten and electronic correspondence relating to Plaintiff's incident, including but not limited to, communications with Gallagher Bassett and all of Gallagher Bassett's claim handling documents related to the incident in Costco's possession.

Additionally, Ms. Barrera testified regarding training pamphlets and an online training manual reflecting Costco's policies and procedures, including materials that could be accessed and screenshotted from the online system. Please supplement your response to Request for Production No. 21 and produce these documents and materials.

Please produce the requested documentation by Friday at close of business. If we do not receive the requested production by that time, Plaintiff will file a Motion to Compel on Monday.

We are happy to discuss this with you if needed.

Thank you,

*Katherine B. Remy*
Attorney



721 Kirby St.
P.O. Box 2125
Lake Charles, LA  70602-2125
337-310-1600 office
337-310-1607 direct
337-310-1601 fax
katherine@veronbice.com
www.veronbice.com

This e-mail transmission, and any documents, files or e-mail messages attached to it, may contain confidential information that is attorney work product or legally privileged.  The information herein may also be protected by the Electronic Communications Privacy Act, 18 U.S.C.A. §§ 2510-2521.  The information contained in this message and any file transmitted with it is transmitted in this form based on a reasonable expectation of privacy consistent with ABA Formal Opinion No. 99-413.  If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED.  If you have received this transmission in error, please notify the sender immediately, and destroy the original transmission and its attachments without reading them.

**From:** Peyton Pawlicki <peyton@veronbice.com>
**Sent:** Tuesday, May 12, 2026 10:41 AM
**To:** Trevor C. Davies <trevord@spsr-law.com>
**Cc:** Cathryn Gill <cathryn@veronbice.com>; Christine H. Grote <christineg@spsr-law.com>; Jeanna B. Lee <jeannal@spsr-law.com>; Michael L. Ballero <michaelb@spsr-law.com>; Shayna Sonnier <shayna@veronbice.com>; Katherine Remy <katherine@veronbice.com>
**Subject:** Re: Vivian Morein v Costco - Cascio

Hi Trevor,

Below are dates for Dr. Cascio. Please let me know if you plan on taking by Zoom or in person.

Please also provide dates for Dr. Russo at your convenience.

June 1 @ 130pm

June 8 @ 130pm, 2pm, 230pm or 3pm

June 29 @ 130pm, 2pm, 230pm or 3pm

Peyton F. Pawlicki
Member



721 Kirby St.
P.O. Box 2125
Lake Charles, LA  70602-2125
337-310-1600 office
337-310-6446 direct
337-310-1601 fax

peyton@veronbice.com
www.veronbice.com

This e-mail transmission, and any documents, files or e-mail messages attached to it, may contain confidential information that is attorney work product or legally privileged. The information herein may also be protected by the Electronic Communications Privacy Act, 18 U.S.C.A. §§ 2510-2521. The information contained in this message and any file transmitted with it is transmitted in this form based on a reasonable expectation of privacy consistent with ABA Formal Opinion No. 99-413. If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please notify the sender immediately, and destroy the original transmission and its attachments without reading them.

---

**From:** Peyton Pawlicki
**Sent:** Monday, May 11, 2026 12:45 PM
**To:** Trevor C. Davies <trevord@spsr-law.com>
**Cc:** Cathryn Gill <cathryn@veronbice.com>; Christine H. Grote <christineg@spsr-law.com>; Jeanna B. Lee <jeannal@spsr-law.com>; Michael L. Ballero <michaelb@spsr-law.com>; Shayna Sonnier <shayna@veronbice.com>; Katherine Remy <katherine@veronbice.com>
**Subject:** RE: Vivian Morein v Costco - Cascio

Trevor,

We have reached out to Dr. Cascio about scheduling but have not heard back yet. I believe he may be traveling with his family. We will follow up again today and will let you know potential dates the moment we get them.

Peyton F. Pawlicki
Member



721 Kirby St.
P.O. Box 2125
Lake Charles, LA 70602-2125
337-310-1600 office
337-310-6446 direct
337-310-1601 fax
peyton@veronbice.com
www.veronbice.com

This e-mail transmission, and any documents, files or e-mail messages attached to it, may contain confidential information that is attorney work product or legally privileged. The information herein may also be protected by the Electronic Communications Privacy Act, 18 U.S.C.A. §§ 2510-2521. The information contained in this message and any file transmitted with it is transmitted in this form based on a reasonable expectation of privacy consistent with ABA Formal Opinion No. 99-413. If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have

received this transmission in error, please notify the sender immediately, and destroy the original transmission and its attachments without reading them.

---

**From:** Trevor C. Davies <trevord@spsr-law.com>
**Sent:** Thursday, May 7, 2026 12:30 PM
**To:** Peyton Pawlicki <peyton@veronbice.com>
**Cc:** Cathryn Gill <cathryn@veronbice.com>; Christine H. Grote <christineg@spsr-law.com>; Jeanna B. Lee <jeannal@spsr-law.com>; Michael L. Ballero <michaelb@spsr-law.com>; Shayna Sonnier <shayna@veronbice.com>; Katherine Remy <katherine@veronbice.com>
**Subject:** Re: Vivian Morein v Costco - Cascio

All, following up to schedule Dr. Cascio's deposition. Please let me know if you all will provide dates or if you prefer my office get dates from him.

Thanks,
Trevor

**Trevor C. Davies**
**Partner**
Simon, Peragine, Smith & Redfearn, LLP
1100 Poydras St., Suite 3000 | New Orleans, LA 70163
D: 504-569-2916 | O: 504-569-2030
F: 504-569-2999
trevord@spsr-law.com | www.spsr-law.com



This electronic transmission and any attachments may contain confidential or legally privileged information and are intended solely for the addressee(s) named above. If you are the original addressee, please maintain confidentiality and avoid forwarding this email. Receipt by anyone other than the original addressee is not intended to waive any applicable privilege and may subject you to legal penalties. If you are not the original addressee, please do not open any attachments or links and notify us immediately by replying to the sender and calling (504) 569-2030, as well as deleting a copy of the original email and your reply from your system. Thank you for your cooperation.

> On Apr 13, 2026, at 8:45 AM, Peyton Pawlicki <peyton@veronbice.com> wrote:

> Hi Trevor-

> On trial depositions, it appears we are on the same page. I understand that deadline to mean that all of our trial depositions, edits and objections are to be done and submitted by then. However, I've had other lawyers try to argue that even trial depositions must be taken before the discovery deadline. Just wanted to make sure you weren't one of them.

5/6 extension for Dr. Russo's report is fine. I hope to have his next report before 5/4. But if not, we can revisit.

My office will handle scheduling Dr. Cascio's deposition. I obviously would like to depose Dr. Russo as well, but that won't be until after I receive his report.



Peyton F. Pawlicki
Member
<image001.png>
721 Kirby St.
P.O. Box 2125
Lake Charles, LA  70602-2125
337-310-1600 office
337-310-6446 direct
337-310-1601 fax
peyton@veronbice.com
www.veronbice.com

This e-mail transmission, and any documents, files or e-mail messages attached to it, may contain confidential information that is attorney work product or legally privileged.  The information herein may also be protected by the Electronic Communications Privacy Act, 18 U.S.C.A. §§ 2510-2521.  The information contained in this message and any file transmitted with it is transmitted in this form based on a reasonable expectation of privacy consistent with ABA Formal Opinion No. 99-413.  If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED.  If you have received this transmission in error, please notify the sender immediately, and destroy the original transmission and its attachments without reading them.

**From:** Trevor C. Davies <trevord@spsr-law.com>
**Sent:** Friday, April 10, 2026 1:37 PM
**To:** Peyton Pawlicki <peyton@veronbice.com>; Cathryn Gill <cathryn@veronbice.com>; Christine H. Grote <christineg@spsr-law.com>
**Cc:** Jeanna B. Lee <jeannal@spsr-law.com>; Michael L. Ballero <michaelb@spsr-law.com>; Shayna Sonnier <shayna@veronbice.com>; Katherine Remy <katherine@veronbice.com>
**Subject:** RE: Vivian Morein v Costco - Cascio

Peyton,

I am not sure I understand your comment about trial depositions.  The deadline for trial depositions is 9/29/26.  We have no objection to trial depositions taking place prior to that deadline (or even after if there are scheduling issues).

The current issues I see are: 1) the timing of Dr. Russo's report, and 2) additional discovery related to Dr. Cascio's opinions (when they are received).  Can we have until **5/6/26** to provide Dr. Russo's report?  If we do not have Dr. Cascio's next report or the recent MRI by

5/4, I may need another extension.  If we get Dr. Cascio's report and the MRI sooner, then I should be able to get Dr. Russo's report to you sooner.

Also, can you please provide dates for Dr. Cascio's deposition?  Or would you prefer my office to obtain dates from Dr. Cascio?

Thanks,
Trevor

**Trevor C. Davies**
**Partner**
Simon, Peragine, Smith & Redfearn, LLP
1100 Poydras St., Suite 3000 | New Orleans, LA 70163
D: 504-569-2916 | O: 504-569-2030
F: 504-569-2999
trevord@spsr-law.com | www.spsr-law.com

This electronic transmission and any attachments may contain confidential or legally privileged information and are intended solely for the addressee(s) named above. If you are the original addressee, please maintain confidentiality and avoid forwarding this email. Receipt by anyone other than the original addressee is not intended to waive any applicable privilege and may subject you to legal penalties. If you are not the original addressee, please do not open any attachments or links and notify us immediately by replying to the sender and calling (504) 569-2030, as well as deleting a copy of the original email and your reply from your system. Thank you for your cooperation.

**From:** Peyton Pawlicki <peyton@veronbice.com>
**Sent:** Thursday, April 9, 2026 2:20 PM
**To:** Trevor C. Davies <trevord@spsr-law.com>; Cathryn Gill <cathryn@veronbice.com>
**Cc:** Jeanna B. Lee <jeannal@spsr-law.com>; Michael L. Ballero <michaelb@spsr-law.com>; Shayna Sonnier <shayna@veronbice.com>; Katherine Remy <katherine@veronbice.com>
**Subject:** RE: Vivian Morein v Costco - Cascio

Yes please send the authorization. I will send Dr. Cascio's report when I receive it.

Any thoughts on my note about trial depos? I just want to make sure we are on the same page.

Peyton F. Pawlicki
Member
<image001.png>
721 Kirby St.
P.O. Box 2125
Lake Charles, LA  70602-2125
337-310-1600 office
337-310-6446 direct

337-310-1601 fax
peyton@veronbice.com
www.veronbice.com

This e-mail transmission, and any documents, files or e-mail messages attached to it, may contain confidential information that is attorney work product or legally privileged. The information herein may also be protected by the Electronic Communications Privacy Act, 18 U.S.C.A. §§ 2510-2521. The information contained in this message and any file transmitted with it is transmitted in this form based on a reasonable expectation of privacy consistent with ABA Formal Opinion No. 99-413. If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please notify the sender immediately, and destroy the original transmission and its attachments without reading them.

**From:** Trevor C. Davies <trevord@spsr-law.com>
**Sent:** Thursday, April 9, 2026 2:04 PM
**To:** Peyton Pawlicki <peyton@veronbice.com>; Cathryn Gill <cathryn@veronbice.com>
**Cc:** Jeanna B. Lee <jeannal@spsr-law.com>; Michael L. Ballero <michaelb@spsr-law.com>; Shayna Sonnier <shayna@veronbice.com>; Katherine Remy <katherine@veronbice.com>
**Subject:** RE: Vivian Morein v Costco - Cascio

Thanks, I need to get the imaging and Dr. Cascio's updated opinions to Dr. Russo for him to issue a report. Once I get the imaging and Cascio report to him, I'd probably give him a week to issue a report. So, can we get Ms. Morein to sign an authorization for us to get the imaging from Open Air MRI? And can you get us Dr. Cascio's next report asap?

I will not jam plaintiff up related to discovery on Dr. Russo and I think I'll need to depose Dr. Cascio sometime in May/June. These deadlines just depend on when I get the MRI images and Dr. Cascio's next report.

Thanks

**Trevor C. Davies**
**Partner**
Simon, Peragine, Smith & Redfearn, LLP
1100 Poydras St., Suite 3000 | New Orleans, LA 70163
D: 504-569-2916 | O: 504-569-2030
F: 504-569-2999
trevord@spsr-law.com | www.spsr-law.com

This electronic transmission and any attachments may contain confidential or legally privileged information and are intended solely for the addressee(s) named above. If you are the original addressee, please maintain confidentiality and avoid forwarding this email. Receipt by anyone other than the original addressee is not intended to waive any applicable privilege and may subject you to legal penalties. If you are not the original addressee, please do not open any attachments or links and notify us immediately by replying to the sender and calling (504) 569-2030, as well as deleting a copy of the original email and your reply from your system. Thank you for your cooperation.

**From:** Peyton Pawlicki <peyton@veronbice.com>
**Sent:** Thursday, April 9, 2026 1:48 PM
**To:** Trevor C. Davies <trevord@spsr-law.com>; Cathryn Gill <cathryn@veronbice.com>
**Cc:** Jeanna B. Lee <jeannal@spsr-law.com>; Michael L. Ballero <michaelb@spsr-law.com>; Shayna Sonnier <shayna@veronbice.com>; Katherine Remy <katherine@veronbice.com>
**Subject:** RE: Vivian Morein v Costco - Cascio

Hi Trevor,

Yes. I am attaching the most recent MRI results. I do believe Dr. Cascio will be rendering those opinions since he is her treating physician. However, I do not believe that he has reviewed these yet. That being said, I'm happy to grant you an extension, but I just need to make sure it doesn't jam me up against the discovery cut off (May 18) or pretrial motion deadline (6/15). Tell me what you propose and hopefully we can tweak those accordingly if necessary.

On a related note, can I assume that neither of us are going to object to the other taking trial depos after the discovery cutoff, so long as they are completed before 9/29 (trial depo deadline)?

See also attached the amended NODs for May.

Thanks

Peyton F. Pawlicki
Member
<image001.png>
721 Kirby St.
P.O. Box 2125
Lake Charles, LA  70602-2125
337-310-1600 office
337-310-6446 direct
337-310-1601 fax
peyton@veronbice.com
www.veronbice.com

This e-mail transmission, and any documents, files or e-mail messages attached to it, may contain confidential information that is attorney work product or legally privileged. The information herein may also be protected by the Electronic Communications Privacy Act, 18 U.S.C.A. §§ 2510-2521. The information contained in this message and any file transmitted with it is transmitted in this form based on a reasonable expectation of privacy consistent with ABA Formal Opinion No. 99-413. If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY

PROHIBITED. If you have received this transmission in error, please notify the sender immediately, and destroy the original transmission and its attachments without reading them.

---

**From:** Trevor C. Davies <trevord@spsr-law.com>
**Sent:** Wednesday, April 8, 2026 4:39 PM
**To:** Cathryn Gill <cathryn@veronbice.com>; Peyton Pawlicki <peyton@veronbice.com>
**Cc:** Jeanna B. Lee <jeannal@spsr-law.com>; Michael L. Ballero <michaelb@spsr-law.com>; Shayna Sonnier <shayna@veronbice.com>; Katherine Remy <katherine@veronbice.com>
**Subject:** RE: Vivian Morein v Costco - Cascio

Peyton,

Did Ms. Morein undergo the Left Shoulder MRI ordered by Dr. Cascio? If so, I will need to get the imaging ASAP and provide to Dr. Russo for his review. If Dr. Cascio is going to render an opinion regarding the MRI and possibly future treatment, I will need time for Dr. Russo to respond. In that regard, will you agree to an extension of defendant's expert deadlines (limited to Dr. Russo) so that I can get him the new MRI and any updated records from Dr. Cascio?

If Dr. Cascio is not going to provide any opinions beyond 3/26/26 visit, then I will not need additional time. If he is going to provide additional opinions, then I need time for our expert to review and respond. Please give me a call if you would like to discuss, cell: 262-565-8098.

Thanks,
Trevor

**Trevor C. Davies**
**Partner**
Simon, Peragine, Smith & Redfearn, LLP
1100 Poydras St., Suite 3000 | New Orleans, LA 70163
D: 504-569-2916 | O: 504-569-2030
F: 504-569-2999
trevord@spsr-law.com | www.spsr-law.com

—

This electronic transmission and any attachments may contain confidential or legally privileged information and are intended solely for the addressee(s) named above. If you are the original addressee, please maintain confidentiality and avoid forwarding this email. Receipt by anyone other than the original addressee is not intended to waive any applicable privilege and may subject you to legal penalties. If you are not the original addressee, please do not open any attachments or links and notify us immediately by replying to the sender and calling (504) 569-2030, as well as deleting a copy of the original email and your reply from your system. Thank you for your cooperation.

---

**From:** Cathryn Gill <cathryn@veronbice.com>
**Sent:** Monday, March 30, 2026 10:57 AM
**To:** Trevor C. Davies <trevord@spsr-law.com>
**Cc:** Jeanna B. Lee <jeannal@spsr-law.com>; Michael L. Ballero <michaelb@spsr-law.com>; Peyton

Pawlicki <peyton@veronbice.com>; Shayna Sonnier <shayna@veronbice.com>; Katherine Remy <katherine@veronbice.com>
**Subject:** Vivian Morein v Costco - Cascio


Trevor,

Please see attached medical record from Dr. Cascio's office.

Thank you,

*Cathryn Gill*
Paralegal
<image003.png>

721 Kirby St.
P.O. Box 2125
Lake Charles, LA  70602-2125
337-310-1600 ofc
337-310-1616 direct
337-310-1601 fax
877-300-8680 toll free
cathryn@veronbice.com
www.veronbice.com
www.veronbicepersonalinjury.com

This e-mail transmission, and any documents, files or e-mail messages attached to it, may contain confidential information that is attorney work product or legally privileged.  The information herein may also be protected by the Electronic Communications Privacy Act, 18 U.S.C.A. §§ 2510-2521.  The information contained in this message and any file transmitted with it is transmitted in this form based on a reasonable expectation of privacy consistent with ABA Formal Opinion No. 99-413.  If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED.  If you have received this transmission in error, please notify the sender immediately, and destroy the original transmission and its attachments without reading them.

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.