**MINUTE ENTRY**
**JUNE 22, 2026**
**JUDGE S. MAURICE HICKS, JR.**
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| VIVIAN MOREIN | CIVIL ACTION NO. 25-1182 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| COSTCO WHOLESALE CORP | MAGISTRATE JUDGE WHITEHURST |

Before the Court is Defendant's Rule 72(a) Objection to the Magistrate Judge's Pretrial Order. See Record Document 30. The Plaintiff may file a response to this objection within 14 days of the date of this minute entry.

_____
S.MAURICE HICKS, JR., DISTRICT JUDGE
UNITED STATES DISTRICT COURT