UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| VIVIAN MOREIN AND MICHAEL MOREIN | : | CIVIL ACTION NO. 6:25-cv-01182 |
| VS. | : | DISTRICT JUDGE S. MAURICE HICKS, JR. |
| COSTCO WHOLESALE CORP. | : | MAGISTRATE JUDGE WHITEHURST |

## ORDER

Considering the above and foregoing Motion to Withdraw Subpoena Request,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the Subpoena Duces Tecum issued on May 13, 2026, by the United States District Court for the Western District of Louisiana, Lafayette Division, to Gallagher Bassett Services, Inc., is hereby **WITHDRAWN**, and no further compliance with that subpoena shall be required.

Signed in Chambers on August 3, 2026.

_____
CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE

1