**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | | |
|---|---|---|
| **VIVIAN MOREIN**<br>**MICHAEL MOREIN** | **:** | **CIVIL ACTION NO. 6:25-cv-01182** |
| **VS.** | **:** | **DISTRICT JUDGE S. MAURICE HICKS, JR.** |
| **COSTCO WHOLESALE CORP.** | **:** | **MAGISTRATE JUDGE WHITEHURST** |

---

**MOTION FOR EXTENSION OF TIME WITH OPPOSITION**

NOW INTO COURT, through undersigned counsel, comes Plaintiffs, **VIVIAN MOREIN AND MICHAEL MOREIN**, who respectfully move this Honorable Court for an additional twenty-one (21) day extension of time, **or until August 28, 2026**, within which to file a Supplemental Opposition to Defendant, Costco Wholesale Corporation's ("Costco"), Motion for Summary Judgment [R. Doc. 32]. Plaintiffs also respectfully request that Costco's deadline to file a supplemental reply be due seven (7) days from Plaintiffs' filing of their supplemental opposition.

On July 13, 2026, this Court ordered that Costco "shall comply with Magistrate Judge Whitehurst's Order (Record Document 30) within fourteen (14) days of this Ruling. Morein shall have fourteen (14) days from the date of Costco's compliance with Magistrate Judge Whitehurst's Order (Record Document 30) to file a supplemental opposition to Costco's Motion for Summary Judgment (Record Document 32)." Costco served its privilege on July 24, 2026, making Plaintiffs' Supplemental Opposition to Costco's Motion for Summary Judgment currently due on **August 7, 2026**.

Upon review of Costco's privilege log, Plaintiffs identified deficiencies that prevent them from meaningfully evaluating Costco's assertions of privilege. Accordingly, on August 3, 2026, Plaintiffs requested that Costco supplement its privilege log and any corresponding document

production by **August 7, 2026.**[1] Specifically, Plaintiffs requested that Costco identify (1) whether each "electronic correspondence" entry consists of a single email or multiple emails within a chain or thread, (2) provide the date, author, and all recipients, including copied recipients, for each individual email, and (3) identify every attachment to each withheld email, with each attachment either produced or separately logged and independently evaluated for privilege. As it currently appears, the privilege log only identifies the relevant correspondence in a lump fashion, fails to identify the dates of the emails, the specific author/recipient, and whether documents are attached as well as any details concerning same.

Because the parties are attempting to resolve these discovery issues without court intervention at this time, and because the requested supplementation may directly affect Plaintiffs' Supplemental Opposition to Costco's Motion for Summary Judgment, Plaintiffs respectfully request a brief extension of time to file their Supplemental Opposition pending Costco's response twenty-one days from August 7, 2026, **or by August 28, 2026**. To the extent the privilege log issues have not been resolved by August 28, 2026, Plaintiffs reserve the right to seek an additional extension, if necessary.

Costco opposes this motion.

**WHEREFORE**, Plaintiffs, Vivian Morein and Michael Morein, respectfully pray that this Honorable Court grant this Motion and extend the deadline for filing Plaintiffs' Supplemental Opposition to Defendant Costco Wholesale Corp.'s Motion for Summary Judgment by **August 28, 2026 and that Costco be ordered to file its reply to Plaintiffs' supplemental opposition by September 4, 2026**.

---

[1] *See* 8/3/26 correspondence, attached hereto as Exhibit A.

Respectfully submitted,

*/s/ PEYTON F. PAWLICKI*
**VERON BICE, L.L.C.**
**PEYTON F. PAWLICKI** (#37836)
SHAYNA L. SONNIER (#29678)
KATHERINE B. REMY (#38876)
MATTHEW E. LOGNION (#36218)
721 Kirby Street (70601)
P.O. Box 2125
Lake Charles, Louisiana 70602
Phone: (337) 310-1600
Fax: (337) 310-1601
peyton@veronbice.com
shayna@veronbice.com
katherine@veronbice.com
matt@veronbice.com

*Attorneys for the Plaintiffs*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing was served on all counsel of record by using the Court's CM/ECF electronic filing system on this 4th day of August, 2026.

*/s/ PEYTON F. PAWLICKI*
**PEYTON F. PAWLICKI**