**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | | |
|---|---|---|
| **VIVIAN MOREIN AND MICHAEL MOREIN** | : | **CIVIL ACTION NO. 6:25-cv-01182** |
| **VS.** | : | **DISTRICT JUDGE S. MAURICE HICKS, JR.** |
| **COSTCO WHOLESALE CORP.** | : | **MAGISTRATE JUDGE WHITEHURST** |

**ORDER**

Considering the above and foregoing Motion for Extension of Time;

**IT IS HEREBY ORDERED** that the Motion is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiffs, Vivian Morein and Michael Morein, shall have until August 10, 2026, to file their Supplemental Opposition to Defendant Costco Wholesale Corporation's Motion for Summary Judgment (R. Doc. 32) and that Costco Wholesale Corp. have until August 17, 2026, to file a reply.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 7th day of August, 2026.

S. Maurice Hicks

**DISTRICT JUDGE**