**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAFAYETTE DIVISION**

| | | |
|---|---|---|
| **VIVIAN MOREIN AND MICHAEL MOREIN** | **:** | **CIVIL ACTION NO. 6:25-cv-01182** |
| **VS.** | **:** | **DISTRICT JUDGE S. MAURICE HICKS, JR.** |
| **COSTCO WHOLESALE CORP.** | **:** | **MAGISTRATE JUDGE WHITEHURST** |

## JOINT AFFIRMATION OF SETTLEMENT DISCUSSIONS

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Vivian and Michael Morein, and Defendant, Costco Wholesale Corporation, who, pursuant to this Court Scheduling Order dated November 24, 2025, respectfully submit this Affirmation of Settlement Discussions wherein the parties affirm they have engaged in settlement negotiations in this matter.

Respectfully submitted,

*/s/ Trevor C. Davies*

TREVOR C. DAVIES (#32846)
MICHAEL L. BALLERO (#36793)
SHANNON O. HARRISON (#26163)
**Simon Peragine Smith & Redfearn, LLP**
1100 Poydras St., Suite 3000
New Orleans, Louisiana 70163
Telephone: (504) 569-2030
Facsimile: (504) 569-2999
trevord@spsr-law.com
michaelb@spsr-law.com
shannonh@spsr-law.com
***Attorneys for Costco Wholesale Corporation***

*/s/ PEYTON F. PAWLICKI*
**VERON BICE, L.L.C.**
**PEYTON F. PAWLICKI (#37836)**
JERE JAY BICE (#18793)
SHAYNA L. SONNIER (#29678)
KATHERINE B. REMY (#38876)
721 Kirby Street (70601)
P.O. Box 2125
Lake Charles, Louisiana 70602
Phone: (337) 310-1600
Fax: (337) 310-1601
peyton@veronbice.com
shayna@veronbice.com
katherine@veronbice.com

*Attorneys for the Plaintiffs*

**CERTIFICATE OF SERVICE**

I do hereby certify that a copy of the above and foregoing has been served on counsel for all parties via the Court's CM/ECF electronic filing system this 6th day of October, 2026.

*/s/ Trevor C. Davies*